IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEUNTAE THOMAS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No**. 3:21-CV-2749-L-BT** |
| § | |
| **JOHN COLEMAN CREUZOT,** *et al.***,** § | |
| § | |
| Defendants. § | |

# JUDGMENT

This judgment is issued pursuant to the court's order, dated January 31, 2023. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed.** The action is **dismissed without prejudice** with respect to Plaintiff's claims for mandamus, *quo warranto*, and monetary damages against the State of Texas. The action is **dismissed with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2), with respect to all other claims asserted by Plaintiff; and all relief requested by him with respect to these claims is **denied**. The clerk of the court shall transmit a copy of this judgment and a copy of the order dated January 31, 2023, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 31st day of January, 2023.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**